UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                         No. C-15-1397 EMC (pr)

JAMES G. MARLOW,

        Plaintiff.                                    **ORDER OF DISMISSAL**

_____/

       This action was opened on March 26, 2015, when the Court received from James G. Marlow a letter concerning his prison conditions. On that date, the Court notified Mr. Marlow in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Marlow did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

       IT IS SO ORDERED.

Dated: May 13, 2015

_____
EDWARD M. CHEN
United States District Judge